UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUN 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | DR25CR1544 |
| § | **INFORMATION** |
| v. § § | [VIO: COUNT ONE: 18 U.S.C. § |
| § | 111(a)(1) – Assaulting, Resisting or |
| ALEXANDRO CONTRERAS, § | Impeding Certain Officers or |
| § | Employees.] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111(a)(1)]

On or about June 7, 2025, in the Western District of Texas, Defendant,

ALEXANDRO CONTRERAS,

intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Customs and Border Protection officer J.G., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: *Ashley Ellis-Dotson*
ASHLEY ELLIS-DOTSON
Assistant United States Attorney